IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CELESTINE LIWOH MAKOKE, | § | |
| *Plaintiff,* | § | |
| vs. | § | |
| PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; MIGUEL VERGARA, FIELD OFFICE DIRECTOR OF IMMIGRATION & CUSTOMS ENFORCEMENT, ENFORCEMENT AND REMOVAL OPERATIONS SAN ANTONIO FIELD OFFICE; BOBBY THOMPSON, WARDEN, SOUTH TEXAS ICE PROCESSING CENTER; AND TODD LYONS, ACTING DIRECTOR, ICE; | § | SA-26-CV-00835-FB |
| *Defendants.* | § | |

**ORDER FOR SERVICE AND TO SHOW CAUSE**

Before the Court is the Petition for Writ of Habeas Corpus filed by Petitioner Celestine Liwoh Makoke, a native and citizen of Cameroon, who is currently in detention at the South Texas ICE Processing Center in Pearsall, Texas, located in the Western District of Texas. Petitioner has been in detention for over a year and argues that his indefinite detention violates 8 U.S.C. § 1231(a)(6), as interpreted by the Supreme Court in *Zadvydas v. Davis*, 533 U.S. 678 (2001), because he has been granted Withholding of Removal with respect to Cameroon and there is no significant likelihood of his removal in the foreseeable future to another country. The Court will order service of Petitioner's habeas petition on Respondents and order them to show cause why the petition should not be granted.

**IT IS HEREBY ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus [#1] and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents Pamela Bondi, United States Attorney; Kristi Noem, Secretary of the U.S. Department of Homeland Security; Miguel Vergara, Field Office Director of ICE Operations in San Antonio; and Todd Lyons, Acting Director of ICE. *See* Fed. R. Civ. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas, 78216.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Bobby Thompson, Warden of the South Texas ICE Processing Center, where Petitioner is currently being detained, by mailing copies of the Petition for Writ of Habeas Corpus [#1] and this Order by certified mail with return receipt requested to Bobby Thompson, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas, 78061. This shall constitute sufficient service of process on Respondent Thompson.

**IT IS FURTHER ORDERED** that Respondents shall file a response to the Petition within (3) days of the date of service. *See* 28 U.S.C. § 2243. Respondents may, in lieu of a response, file a motion requesting additional time of up to 20 days to respond, as provided in 28 U.S.C. § 2243. *See id.* (noting, a return (i.e., a response) demonstrating why the writ should not be issued shall be provided "within three days unless for good cause additional time, not exceeding twenty days, is allowed"). If Petitioner elects to file a reply, Petitioner may do so no

later than seven days after the Respondents file their answers/responses.

**IT IS SO ORDERED.**

SIGNED this 19th day of February, 2026.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE