IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CELESTINE LIWOH MAKOKE, | § | |
| | § | |
| *Plaintiff,* | § | SA-26-CV-00835-FB |
| | § | |
| vs. | § | |
| | § | |
| PAMELA BONDI, ATTORNEY | § | |
| GENERAL OF THE UNITED STATES; | § | |
| KRISTI NOEM, SECRETARY OF THE | § | |
| U.S. DEPARTMENT OF HOMELAND | § | |
| SECURITY; MIGUEL VERGARA, | § | |
| FIELD OFFICE DIRECTOR OF | § | |
| IMMIGRATION & CUSTOMS | § | |
| ENFORCEMENT, ENFORCEMENT | § | |
| AND REMOVAL OPERATIONS SAN | § | |
| ANTONIO FIELD OFFICE; BOBBY | § | |
| THOMPSON, WARDEN, SOUTH | § | |
| TEXAS ICE PROCESSING CENTER; | § | |
| AND TODD LYONS, ACTING | § | |
| DIRECTOR, ICE; | § | |
| | § | |
| *Defendants.* | § | |

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. On this day, the undersigned issued a report and recommendation, recommending the Petition for Writ of Habeas Corpus [#1] be granted in part. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 7th day of April, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE